# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No.   3:20-CR-18          Date:  December 20, 2023

United States of America   vs.   Teresa Sterk

**PROCEEDINGS:** Sentencing Hearing.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

Frank Dale                                    Frederic Montgomery Brown
**Asst. U.S. Attorney**                       **Attorney for Defendant**

**JUDGMENT OF THE COURT:**
- 3 years Probation during which 6 months shall be served on home confinement, 40 hours community service as directed by the probation officer.
- Special Assessment in the amount of $100.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- Restitution in the amount of $187,056.59 j/s with Arkur Khemani, Gaurav Bhasin and Marilyn Sterk

2:00 p.m. to 2:30 p.m.
3:15 p.m. to 3:47 p.m.